IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TECOM, INC., Plaintiff, | |
| v. | No. 03-1671C (Senior Judge Merow) |
| UNITED STATES OF AMERICA, Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DOUGLAS K. MICKLE, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DOUGLAS K. MICKLE
Attorney
Commercial Litigation Branch
Civil Division
Attention: Classification Unit
1100 L Street, NW, 8th Floor
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0383
Fax: (202) 307-0972

Dated: July 25, 2003

S/ Douglas K. Mickle

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division