**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TECOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1671C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement out of time of 14 days, to and including August 8 , 2003, in which to respond to plaintiff's Motion to Consolidate Suit With Appeals Presently Pending Before Armed Services Board of Contract Appeals ("Plaintiff's Motion"). Defendant's response to Plaintiff's Motion was due on July 25, 2003. This is the Government's first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request for enlargement.

The enlargement of time is necessary because counsel for the United States first learned of Plaintiff's Motion on July 25, 2003 when he electronically filed his Notice of Appearance with the Court and thus has not been able to fully discuss this issue with defendant's agency in this matter, the United States Army ("Army"). It is anticipated that the Army will provide counsel with its position regarding this issue no later than August 4, 2003.

For the above reasons, defendant respectfully requests that this Court grant its unopposed motion for an enlargement of time of 14 days, to and including August 8, 2003 to respond to Plaintiff's Motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT SNEE
Assistant Director

S/Douglas K. Mickle

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0383

July 28, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 28th day of July, 2003, I caused to be placed in the United States mail (first class, postage prepaid) a copy of Defendant's Unopposed Motion For An Enlargement Of Time addressed as follows:

Theodore M. Bailey, P.C.
Milam Building, Suite 711
115 East Travis
San Antonio, Texas 78205-1611

S/Douglas K. Mickle