# In the United States Court of Federal Claims

No. 03-1671 C

(Filed August 6, 2003)

***********************************

| | | |
|---|---|---|
| TECOM, INC. | | * |
| | | * |
| | Plaintiff, | * |
| | | * |
| | v. | * |
| | | * |
| THE UNITED STATES, | | * |
| | | * |
| | Defendant. | * |

***********************************

## ORDER

By motion, filed July 9, 2003, plaintiff requests that this matter be transferred to the Armed Services Board of Contract Appeals ("ASBCA") for consolidation with pending ASBCA docket No. 53884. In its response, filed August 5, 2003, defendant has analyzed the applicable case law and does not object to plaintiff's motion.

Accordingly, pursuant to 41 U.S.C. § 609(d), for the convenience of the parties, it is **ORDERED** that this matter shall be transferred to the ASBCA for consolidation there with pending ASBCA docket No. 53884.

/s James F. Merow
Senior Judge