January 5, 2004

Edward S. Adamkewicz, Recorder
Armed Services Board of Contract
Appeals
Skyline Six Place, 7th Floor
5109 Leesburg Pike
Falls Church, VA 22041-3208

*Re:* *Tecom, Inc. v. The United States,*
*No. 03-1671 C*

Dear Mr. Adamkewicz:

Pursuant to the Order of this court filed on August 6, 2003, the above captioned case has been transferred to the Armed Services Board of Contract Appeals for consolidation with ASBCA Docket No. 53884. Enclosed, please find a certified copies of the transfer order, docket sheet, and documents that comprise the balance of the record.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

s/ Debra L. Samler
Debra L. Samler
Senior Docket Specialist

Enclosures

cc: Senior Judge James F. Merow
Johnathan M. Bailey, Esquire
Douglas K. Mickle, Esquire